IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br> vs.<br><br>ROBERT E. McCRANEY,<br><br>    Defendant. | 8:25-CR-14<br><br>FINAL ORDER OF FORFEITURE |

   This matter is before the Court on the Government's Motion for Final Order of Forfeiture. Filing 43. Having reviewed the record in this case, the Court finds as follows:

   1. On June 30, 2025, the Court entered a Preliminary Order of Forfeiture forfeiting the defendant's interest in any firearms and ammunition involved in the commission of the offense, including the Beretta BU9 Nano 9mm semiautomatic pistol. Filing 32.

   2. Notice of Criminal Forfeiture was posted on an official internet government forfeiture site, www.forfeiture.gov, for at least thirty consecutive days, beginning on July 2, 2025, as required by 21 U.S.C. § 853(n)(1) and Federal Rule of Criminal Procedure 32.2(b)(6)(C). A Declaration of Publication was filed herein on September 3, 2025. Filing 42.

   3. The Government advises the Court that no party has filed a petition in this matter regarding the subject Property. From a review of the Court file, the Court finds that no person or entity has filed a petition.

   4. The Motion for Final Order of Forfeiture should be granted.

   IT IS ORDERED:

1. The Government's Motion for Final Order of Forfeiture, [Filing 43](Filing 43), is granted;

2. All right, title, and interest in and to the Beretta BU9 Nano 9mm semiautomatic pistol seized from the defendant on or about July 31, 2024, held by any person or entity are forever barred and foreclosed;

3. The Beretta BU9 Nano 9mm semiautomatic pistol is forfeited to the Government; and

4. The Government is directed to dispose of the Beretta BU9 Nano 9mm semiautomatic pistol in accordance with the law.

Dated this 11th day of September, 2025.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge